UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW ORSO, as Successor
Trustee to Kenneth D. Bell in his
capacity as court-appointed Receiver for
Rex Venture Group, LLC dba
ZeekRewards.com

  Plaintiff,

v.                 Case No: 5:21-mc-12-JSM-PRL

TODD DISNER, TRUDY GILMOND,
TRUDY GILMOND, LLC, JERRY
NAPIER, DARREN MILLER,
RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, AARON
ANDREWS, SHARA ANDREWS,
GLOBAL INTERNET
CORPORATION, T. LEMONT
SILVER, KAREN SILVER, MICHAEL
VAN LEEUWEN, DURANT
BROCKETT, DAVID KETTNER,
MARY KETTNER, P.A.W.S.
CAPITAL MANAGEMENT LLC,
LORI JEAN WEBER and
ZEEKREWARDS.COM,

  Defendants.
_____

**ORDER**

This matter is before the Court on the motion of successor trustee Matthew Orso ("Judgment Creditor") for issuance of a writ of garnishment as to Bank of America, N.A. ("Garnishee"). (Doc. 2).

On August 14, 2017, the United States District Court for the Western District of North Carolina, Charlotte Division, entered a Final Judgment in favor of Plaintiff and against each individual member of a Defendant Class, including Defendant Kathleen Erickson. (Doc. 1).

Previously, the Judgment Creditor registered the judgment with this Court. (Doc. 1). Judgment Creditor states that the judgment remains unsatisfied. Now, Judgment Creditor moves for a writ of garnishment and suggests that Garnishee may be indebted to, or have tangible or intangible personal property of the Judgment Debtor in its hands, possession, or control.

Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Judgment Creditor's motion for issuance of writ of garnishment (Doc. 2) is **GRANTED**, and the Clerk is directed to issue the Writ of Garnishment (including the Notice and Claim of Exemption) attached to the motion. (Doc. 2-1). Judgment Creditor must fully comply with all notice requirements of § 77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on September 8, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties